Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

|  |  |
|---|---|
| TOTO USA, Inc. Plaintiff, v. UNITED STATES, Defendant. | SUMMONS 11-00523 |

TO:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Tina Potuto Kimble
Clerk of the Court

### PROTEST

| Port of Entry: | 2704 | Date Protest Filed: | 02-24-11 |
|---|---|---|---|
| Protest Number: | 2704-11-100485 | Date Protest Denied: | 06-22-11 |
| Importer: | TOTO USA, Inc. | | |
| Category of Merchandise: | Washlet Models | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 231-0257278-5 | 10-29-09 | 09-10-10 | | | |
| ****** PLEASE SEE CONTINUATION SHEET ****** | | | | | |
| ****** THERE ARE 1 PROTEST AND 5 ENTRIES UNDER THIS SUMMONS ****** | | | | | |

Port Director,
US Customs and Border Protection
301 E. Ocean Blvd., Ste 1400
Long Beach, CA 90802

R. Kevin Williams
Rodriguez O'Donnell Gonzalez
& Williams, P.C.
8430 W. Bryn Mawr Ave., Ste. 525
Chicago, IL 60631
(773) 314-5000

Address of Customs Port in
Which Protest was Denied

Name, Address and Telephone Number
of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Washlet | 3922.20.0000 | 6.3% | 8516.10.0080 | FREE |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

_____
Signature of Plaintiff's Attorney

12/19/2011
Date

Form 1-3

## CONTINUATION SHEET

## SCHEDULE OF PROTESTS

### LOS ANGELES/LONG BEACH SEAPORT
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 2704-11-100485 | 02-24-11 | 06-22-11 | 231-0257278-5 | 10-29-09 | 09-10-10 |
| 2704-11-100485 | 02-24-11 | 06-22-11 | 231-0264983-1 | 11-11-09 | 09-24-10 |
| 2704-11-100485 | 02-24-11 | 06-22-11 | 231-0274693-4 | 11-29-09 | 10-15-10 |
| 2704-11-100485 | 02-24-11 | 06-22-11 | 231-1100897-9 | 01-05-10 | 11-19-10 |
| 2704-11-100485 | 02-24-11 | 06-22-11 | 231-1124346-9 | 02-11-10 | 12-27-10 |

Port Director of Customs,

U.S. Customs and Border Protection
301 e. Ocean Blvd., Ste. 1400
Long Beac, CA 90802

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004.)